## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                              §
                                                    §
CIVIL ENGINEERING SERVICES, INC.                    §          Case No. 12-26686
                                                    §
                    Debtor(s)                       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                     $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]                     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-26686 | CAS | Judge: DONALD R. CASSLING | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|

Case Name:    CIVIL ENGINEERING SERVICES, INC.

Date Filed (f) or Converted (c):    07/03/12 (f)

341(a) Meeting Date:    09/18/12

For Period Ending: 05/14/14

Claims Bar Date:    08/30/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - BMO HARRIS BANK ENDING IN #132 | 445.44 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT AT US BANK ENDING IN #877 | 3.34 | 0.00 | | 0.00 | FA |
| 3. 2002 DODGE RAM 1500 QUAD CAB 4X4 SLT WITH 114,000 | 5,600.00 | 0.00 | | 4,000.00 | FA |
| 4. 1999JEEP CHEROKEE SPORT 4WD WITH 165,000MILES LOCA | 1,300.00 | 0.00 | | 900.00 | FA |
| 5. LOCATION: 700 E. DIEHL RD.,  SUITE #120 NAPERVILLE | 18,000.00 | 0.00 | | 0.00 | FA |
| 6. SURVEY EQUIPMENT LOCATION: 700 E. DIEHL RD.  SUITE | 21,500.00 | 0.00 | | 4,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $46,848.78    $0.00    $8,900.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/13

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-26686 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | CIVIL ENGINEERING SERVICES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1533  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9261 | | |
| For Period Ending: | 05/14/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/17/13 | 3, 4, 6 | American Auction Associates | proceeds of auction sale | 1129-000 | 8,900.00 | | 8,900.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,890.00 |
| 06/07/13 | 010001 | Amreican Auction Associates Inc. | auction expenses per court order | 3620-000 | | 472.56 | 8,417.44 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.22 | 8,404.22 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.34 | 8,391.88 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.48 | 8,379.40 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.46 | 8,366.94 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.04 | 8,354.90 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.42 | 8,342.48 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.00 | 8,330.48 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.38 | 8,318.10 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.37 | 8,305.73 |
| 02/15/14 | 010002 | International Sureties Ltd | Bond premiun bond #016026455 | 2300-000 | | 7.89 | 8,297.84 |
| | | 701 Polydras St.  #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.15 | 8,286.69 |

|  | COLUMN TOTALS | 8,900.00 | 613.31 | 8,286.69 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 8,900.00 | 613.31 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 8,900.00 | 613.31 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account (Non-Interest Earn - *******1533 | | 8,900.00 | 613.31 | 8,286.69 |
| | | ------------------------ | ------------------------ | ------------------------ |
| | | 8,900.00 | 613.31 | 8,286.69 |
| | | ============ | ============ | ============ |
| | | (Excludes Account | (Excludes Payments | Total Funds |

| | Page Subtotals | 8,900.00 | 613.31 |
|---|---|---|---|

**FORM 2**

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 12-26686 -CAS |
| Case Name: | CIVIL ENGINEERING SERVICES, INC. |
| Taxpayer ID No: | *******9261 |
| For Period Ending: | 05/14/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1533  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - *******1533 | | Transfers) | To Debtors) | On Hand |

/s/    BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____  Date: 05/14/14
BRENDA PORTER HELMS, TRUSTEE

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.05d

LFORM24

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-26686
Case Name: CIVIL ENGINEERING SERVICES, INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ | $ | $ |
| Other: International Sureties Ltd | $ | $ | $ |
| Other: Alan D. Lasko & Associates P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TRT Alliance Diehl LLC | $ | $ | $ |
| 2 | TRT Alliance Diehl LLC | $ | $ | $ |
| 3 | American Expresss Bank FSB | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE