UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CIVIL ENGINEERING SERVICES, INC. §   Case No. 12-26686
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK  OF THE COURT
          219 s. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/11/2014 in Courtroom 240,
          Kane County Courthouse
          100 S. Third Street
          Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/05/2014         By: CLERK  OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CIVIL ENGINEERING SERVICES, INC. § Case No. 12-26686
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,900.00 |
| and approved disbursements of | $ | 613.31 |
| leaving a balance on hand of[1] | $ | 8,286.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,640.00 | $ 0.00 | $ 1,640.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 2,559.15 | $ 0.00 | $ 2,559.15 |
| Other: International Sureties Ltd | $ 7.89 | $ 7.89 | $ 0.00 |
| Other: Alan D. Lasko & Associates P.C. | $ 53.34 | $ 0.00 | $ 53.34 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,252.49 |
| Remaining Balance | $ 4,034.20 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 101,648.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TRT Alliance Diehl LLC | $ 72,959.73 | $ 0.00 | $ 2,895.61 |
| 2 | TRT Alliance Diehl LLC | $ 24,363.70 | $ 0.00 | $ 966.94 |
| 3 | American Expresss Bank FSB | $ 4,324.96 | $ 0.00 | $ 171.65 |

Total to be paid to timely general unsecured creditors      $ 4,034.20

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/Brenda Porter Helms
                     Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                          Case No. 12-26686-DRC
Civil Engineering Services, Inc.                                Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhuley               Page 1 of 2               Date Rcvd: Jun 06, 2014
                              Form ID: pdf006           Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2014.
db           +Civil Engineering Services, Inc.,    C/O Rick Woodford,    2119 Jessica Ct.,
               Naperville, IL 60540-0981
19111778      American Express,    PO Box 981535,    El Paso, TX 79998-1535
20781052      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
19111779     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:    Bank of America,    PO box 982234,    El Paso, TX 79998-2234)
19111780     +Bank of America Gold Option,    PO Box 15028,    Wilmington, DE 19850
19111784     +CDS Leasing/DeLage Langden Fin.,    P.O. Box 41602,    Philadelphia, PA 19101-1602
19111781     +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
19111782      Capital One Visa,    PO Box,    Salt Lake City, UT 84130-0285
19111786      Chase Visa,    PO box 15098,    Wilmington, DE 19850-5098
19111788      Chase/ Bank One Visa,    PO Box 15298,    Wilmington, DE 19850-5298
19111789     +Chase/Bank One Credit Line,    PO Box 33035,    Louisville, KY 40232-3035
19111790     +Comcast,    Aurora Cable Coordinator,    P.O. Box 2067,    Aurora, IL 60507-2067
19111792     +David Medo,    9909 Sunnyside Court,    Schiller Park, IL 60176-1493
19111794     +David Medo,    9909 Sunnyside Ct.,    Schiller Park, IL 60176-1493
19111795     +Heitz and Bromberek,    300 E. 5th Av.,    #380,   Naperville, IL 60563-3287
19111803     +Richard Woodford,    2119 Jessica,    Naperville, IL 60540-0981
19111800     +Richard Woodford,    2119 Jessica Court,    Naperville, IL 60540-0981
19111801     +Richard Woodford,    2119 Jessica Ct,    Naperville, IL 60540-0981
20702890     +TRT Alliance Diehl, LLC,    c/o CBRE Inc.,    600 E. Diehl Rd., Ste 120,
               Naperville, IL 60563-4897
19111813     +TRT/Alliance,    c/o C B Richard Ellis, Inc.,    20 N. Martingale Dr. Ste. #100,
               Schaumburg, IL 60173-2423
19111812     +TRT/Alliance,    c/o CB Richard Ellis, Inc.,    20 N. Martingale, Ste. #100,
               Schaumburg, IL 60173-2423
19111814    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    Po Box 790408,    Saint Louis, MO 63179-0408)
19111817     +Wells Fargo,    P.O. 98798,    Las Vegas, NV 89193-8798
19111818     +William Schmanski,    1921 Chatham Dr.,    Wheaton, IL 60189-5813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19111777     +E-mail/Text: bkr@cardworks.com Jun 07 2014 00:22:18      Advanta Master Card,
               11850 South Election Rd,    Draper, UT 84020-6814
                                                                                             TOTAL: 1


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19111785      CDS Leasing/Delage Langden Fin.,    See Sch. F
19111791      Comcast,    See Sch. F.
19111787*     Chase Visa,    PO Box 15098,    Wilmington, DE 19850-5098
19111793*    +David Medo,    9909 Sunnyside Court,    Schiller Park, IL 60176-1493
19111797*    +John Krzysko,    2 S 215 Lloyd Ave,    Lombard, IL 60148-5130
19111798*    +John Krzysko,    2 S 215 Lloyd Ave,    Lombard, IL 60148-5130
19111799*    +John Krzysko,    2 S. 215 Lloyd Av.,    Lombard, IL 60148-5130
19111802*    +Richard Woodford,    2119 Jessica Ct,    Naperville, IL 60540-0981
19111805*    +Richard Woodford,    2119 Jessica Ct,    Naperville, IL 60540-0981
19111806*    +Richard Woodford,    2119 Jessica Ct,    Naperville, IL 60540-0981
19111807*    +Richard Woodford,    2119 Jessica Ct,    Naperville, IL 60540-0981
19111808*    +Richard Woodford,    2119 Jessica Ct,    Naperville, IL 60540-0981
19111804*    +Richard Woodford,    2119 Jessica Ct.,    Naperville, IL 60540-0981
19111809*    +Richard Woodford,    2119 Jessica Ct.,    Naperville, IL 60540-0981
19111810*    +Richard Woodford,    2119 Jessica Ct.,    Naperville, IL 60540-0981
19111811*    +Richard Woodford,    2119 Jessica Ct.,    Naperville, IL 60540-0981
19111815*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 790408,    Saint Louis, MO 63179-0408)
19111816*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank Visa,    PO Box 790408,    Saint Louis, MO 63179-0408)
19111819*    +William Schmanski,    1921 Chatham Dr.,    Wheaton, IL 60189-5813
19111820*    +William Schmanski,    1921 Chatham Dr.,    Wheaton, IL 60189-5813
19111821*    +William Schmanski,    1921 Chatham Dr.,    Wheaton, IL 60189-5813
19111783    ##+Carole Krzysko,    2 S. 215 Lloyd Avenue,    Lombard, IL 60148-5130
19111796    ##+John Krzysko,    2 S 215 Lloyd Avenue,    Lombard, IL 60148-5130
                                                                                  TOTALS: 2, * 19, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: lhuley               Page 2 of 2                   Date Rcvd: Jun 06, 2014
                              Form ID: pdf006            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2014 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Kent A Gaertner    on behalf of Debtor    Civil Engineering Services, Inc.
               kgaertner@springerbrown.com,   kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```