# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
CIVIL ENGINEERING SERVICES, INC.                §       Case No. 12-26686
                                                §
                Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| AMREICAN AUCTION ASSOCIATES INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Master Card 11850 South Election Rd Draper, UT 84020 | | | | | |
| | Bank of America Gold Option PO Box 15028 Wilmington, DE 19850-5028 | | | | | |
| | Bank of America PO box 982234 El Paso, TX 79998-2234 | | | | | |
| | CDS Leasing/DeLage Langden Fin. P.O. Box 41602 Philadelphia, PA 19101-1602 | | | | | |
| | Capital One PO Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Capital One Visa PO Box Salt Lake City, UT 84130-0285 | | | | | |
| | Carole Krzysko 2 S. 215 Lloyd Avenue Lombard, IL 60148 | | | | | |
| | Chase  Visa PO box 15098 Wilmington, DE 19850-5098 | | | | | |
| | Chase Visa PO Box 15098 Wilmington, DE 19850-5098 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase/ Bank One Visa PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase/Bank One Credit Line PO Box 33035 Louisville, KY 40232-9891 | | | | | |
| | Comcast Aurora Cable Coordinator P.O. Box 2067 Aurora, IL 60507 | | | | | |
| | Heitz and Bromberek 300 E. 5th Av. #380 Naperville, IL 60563 | | | | | |
| | John Krzysko 2 S 215 Lloyd Avenue Lombard, IL 60148 | | | | | |
| | Richard Woodford 2119 Jessica Court Naperville, IL 60540 | | | | | |
| | US Bank PO Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| | US Bank Po Box 790408 Saint Louis, MO 63179-0408 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank Visa PO Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| | Wells Fargo P.O. 98798 Las Vegas, NV 89193 | | | | | |
| 3 | AMERICAN EXPRESSS BANK FSB | | | | | |
| 1 | TRT ALLIANCE DIEHL LLC | | | | | |
| 2 | TRT ALLIANCE DIEHL LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-26686 | Judge: DONALD R. CASSLING |
| Case Name: | CIVIL ENGINEERING SERVICES, INC. | |
| For Period Ending: | 09/06/14 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 07/03/12 (f) |
| 341(a) Meeting Date: | 09/18/12 |
| Claims Bar Date: | 08/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - BMO HARRIS BANK ENDING IN #132 | 445.44 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT AT US BANK ENDING IN #877 | 3.34 | 0.00 | | 0.00 | FA |
| 3. 2002 DODGE RAM 1500 QUAD CAB 4X4 SLT WITH 114,000 | 5,600.00 | 0.00 | | 4,000.00 | FA |
| 4. 1999 JEEP CHEROKEE SPORT 4WD WITH 165,000 MILES LOCA | 1,300.00 | 0.00 | | 900.00 | FA |
| 5. LOCATION: 700 E. DIEHL RD., SUITE #120 NAPERVILLE | 18,000.00 | 0.00 | | 0.00 | FA |
| 6. SURVEY EQUIPMENT LOCATION: 700 E. DIEHL RD. SUITE | 21,500.00 | 0.00 | | 4,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $46,848.78    $0.00    $8,900.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-26686  -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | CIVIL ENGINEERING SERVICES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1533  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9261 | | |
| For Period Ending: | 09/06/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/17/13 | 3, 4, 6 | American Auction Associates | proceeds of auction sale | 1129-000 | 8,900.00 | | 8,900.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,890.00 |
| 06/07/13 | 010001 | Amreican Auction Associates Inc. | auction expenses per court order | 3620-000 | | 472.56 | 8,417.44 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.22 | 8,404.22 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.34 | 8,391.88 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.48 | 8,379.40 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.46 | 8,366.94 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.04 | 8,354.90 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.42 | 8,342.48 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.00 | 8,330.48 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.38 | 8,318.10 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.37 | 8,305.73 |
| 02/15/14 | 010002 | International Sureties Ltd | Bond premiun bond #016026455 | 2300-000 | | 7.89 | 8,297.84 |
| | | 701 Polydras St. #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.15 | 8,286.69 |
| 07/15/14 | 010003 | The Helms Law Firm P.C. | Chapter 7 Compensation/Fees | 2100-000 | | 1,640.00 | 6,646.69 |
| 07/15/14 | 010004 | Alan D. Lasko & Associates, P.C. | Accountant for Trustee Fees (Other | 3410-000 | | 2,559.15 | 4,087.54 |
| 07/15/14 | 010005 | Alan D. Lasko & Associates P.C. | Accountant for Trustee Expenses (Ot | 3420-000 | | 53.34 | 4,034.20 |
| 07/15/14 | 010006 | TRT Alliance Diehl LLC | Claim 1, Payment 3.96878% | 7100-000 | | 2,895.61 | 1,138.59 |
| | | c/o CBRE Inc. | | | | | |
| | | 600 E. Diehl Rd  Suite 120 | | | | | |
| | | Naperville IL 60563 | | | | | |
| 07/15/14 | 010007 | TRT Alliance Diehl LLC | Claim 2, Payment 3.96877% | 7100-000 | | 966.94 | 171.65 |
| | | c/o CBRE | | | | | |
| | | 600 E. Diehl Rd.  Suite 120 | | | | | |
| | | Naperville IL 60563 | | | | | |
| 07/15/14 | 010008 | American Expresss Bank FSB | Claim 3, Payment 3.96882% | 7100-000 | | 171.65 | 0.00 |

| | | | Page Subtotals | | 8,900.00 | 8,900.00 | |

Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page:    2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        12-26686  -CAS
Case Name:      CIVIL ENGINEERING SERVICES, INC.

Taxpayer ID No:  *******9261
For Period Ending:  09/06/14

Trustee Name:   BRENDA PORTER HELMS, TRUSTEE
Bank Name:      ASSOCIATED BANK
Account Number / CD #:   *******1533  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Becket & Lee LLP P.O. Box 3001 Malvern PA 19355 | | | | | |

|  | COLUMN TOTALS | 8,900.00 | 8,900.00 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | | 8,900.00 | 8,900.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| Net | | 8,900.00 | 8,900.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********1533 | 8,900.00 | 8,900.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 8,900.00 | 8,900.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/     BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature:  _____  Date: 09/06/14
                BRENDA PORTER HELMS, TRUSTEE

Page Subtotals          0.00          0.00

Ver: 18.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*